ELIZABETH DAY, Appellant, *v.* BROOKLYN CITY RAILROAD COMPANY et al., Respondents.

*Negligence — railroads — injury to passenger in collision between street car and truck.*

*Day* v. *Brooklyn City R. R. Co.*, 199 App. Div. 179, affirmed.

(Argued December 12, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1922, affirming a judgment in favor of defendants entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff claimed to have received such injuries in a collision between a street car belonging to defendant railroad and a milk truck belonging to the Sheffield Farms Company.

*Matthew W. Wood* for appellant.

*Andrew F. Van Thun, Jr.,* and *George D. Yeomans* for Brooklyn City Railroad Company, respondent.

*Arthur J. Peck* for Sheffield Farms Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. Absent: CRANE, J.